IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| KHALILAH AMICAH REAMES, | ) Civil Action No. 0:18-cv-02174-PJG |
| Plaintiff, | ) |
| v. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 23rd day of April, 2019, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 23, 2019
Columbia, South Carolina