IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| KHALILAH AMICAH REAMES, | Civil Action No. 0:18-cv-02174-PJG |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew M. Saul, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed May 6, 2019. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $3,770.04. The Commissioner filed a Response on May 20, 2019 in which he notified the Court that he did not oppose payment. The Court has reviewed the fee motion and response and, considering the absence of any contention by the Commissioner that his position was substantially justified or any indication that special circumstances exist that would make the award unjust, the Court concludes that the Plaintiff is entitled to the requested attorney's fees under the EAJA. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees pursuant to the EAJA be granted in the amount of $3,770.04. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

July 10, 2019
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE